# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER** 13 |
| CHRISTINA R. THOMAS, | : | |
| | : | **CASE NO.** 1-20-bk-00821-HWV |
| **Debtor(s)** | : | |
| HARLEY-DAVIDSON CREDIT CORP, | : | **ADVERSARY NO.** __-__-ap-_____ |
| | : | (if applicable) |
| **Plaintiff(s)/Movant(s)** | : | |
| vs. | : | **Nature of Proceeding:** Hearing re: |
| CHRISTINA R. THOMAS, | : | |
| DAVID E. THOMAS, AND | : | Motion for Relief from Automatic Stay |
| CHARLES J. DEHART, III, Trustee, | : | |
| **Defendant(s)/Respondent(s)** | : | **Document #:** 44, 45, 47, 48 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Parties are currently in the process of resolving the Motion for Relief from Stay filed by Harley-Davidson and agree to request a continuance from this Honorable Court of the hearing currently scheduled for Tuesday November 24, 2020.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 23, 2020

/s/ Keri P. Ebeck

Attorney for Harley-Davidson Credit Corp.

Name: Keri P. Ebeck, Esq.

Phone Number: (412) 456-8112

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.