UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: CHRISTINA R. THOMAS, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| THE MONEY SOURCE INC. | : | |
| | : | Case No. 20-00821 |
| Movant | : | |
| | : | |
| Vs. | : | |
| | : | |
| CHRISTINA R. THOMAS, | : | |
| DAVID E. THOMAS, AND | : | |
| CHARLES J. DEHART, III | : | |
| | : | |
| Respondents | : | |

## ANSWER OF DEBTOR TO THE MONEY SOURCE INC.'S MOTION FOR RELIEF FROM STAY & CO-DEBTOR STAY

AND NOW comes your Debtor, Christina R. Thomas, by and through her counsel, Aaron J. Neuharth, Esquire and Answers Movant's Motion For Relief From Automatic Stay as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted in part. Denied in part. It is admitted that the Debtor has failed to make timely payments to Movant, but the Debtor has submitted additional payments for which she has not received credit. Debtor is obtaining proof of those payments and they will be supplied as soon as we receive them.
7. Denied. See number 6 above.
8. Admitted.
9. Admitted.

Wherefore, Respondent respectfully requests this Honorable Court deny Movant's Motion and allow for the Debtor and Movant to enter into a stipulation to resolve the motion.

Date: December 22, 2020                                /s/ Aaron J. Neuharth_____
                                                       Aaron J. Neuharth
                                                       Attorney for Debtor
                                                       Supreme Ct. No.: 88625

PO Box 359
Chambersburg, PA 17201
(717)264-2939