**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
CHRISTINA R. THOMAS,

**Debtor(s)**

HARLEY-DAVIDSON CREDIT CORP,

**Plaintiff(s)/Movant(s)**
vs.
CHRISTINA R. THOMAS,
DAVID E. THOMAS, AND
CHARLES J. DEHART, III, Trustee

**Defendant(s)/Respondent(s)**

CHAPTER __13__

CASE NO. __1__-__20__-bk-__00821__

ADVERSARY NO. ___-___-ap _____
(if applicable)

Nature of Proceeding: __Hearing__

Pleading: __Motion for Relief from Stay__

Document #: __44, 45__

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☑ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: __January 7, 2021__   /s/ Keri P. Ebeck
                              Attorney for __Harley-Davidson Credit Corp__

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.