| | |
|---|---|
| In re: | Case No. 20-00821-HWV |
| Christina R. Thomas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 03, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

**Recip ID**     **Recipient Name and Address**
  +    David E. Thomas, 6235 Hager Road, Greencastle, PA 17225-9008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:

**Name**     **Email Address**

Aaron John Neuharth
     on behalf of Debtor 1 Christina R. Thomas aneuharth@neuharthlaw.com smartin@neuharthlaw.com

Charles J DeHart, III (Trustee)
     TWecf@pamd13trustee.com

James Warmbrodt
     on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com

Keri P Ebeck
     on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com
     jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Rebecca Ann Solarz
     on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com

Rebecca Ann Solarz

on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CHRISTINA R. THOMAS,<br><br>Debtor,<br><br>HARLEY-DAVIDSON CREDIT CORP,<br><br>Movant,<br><br>V.<br><br>CHRISTINA R. THOMAS,<br>DAVID E. THOMAS, AND<br>CHARLES J. DEHART, III, Trustee,<br><br>Respondents. | Bankruptcy No. 1:20-bk-00821-HWV<br><br>Chapter 13<br><br>Doc. No. 44, 45 |

## ORDER OF COURT

AND NOW, this 2nd day of February, 2021, upon consideration of the foregoing *Stipulation Resolving Motion for Relief from the Automatic Stay*, it is hereby ORDERED that the Stipulation is approved.

Dated: February 2, 2021                 By the Court,

                                                              /s/ Henry W. Van Eck
                                                              Henry W. Van Eck, Chief Bankruptcy Judge (CD)