United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Christina R. Thomas  
    Debtor

Case No. 20-00821-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jun 10, 2021     Form ID: ordsmiss     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina R. Thomas, 6235 Hager Road, Greencastle, PA 17225-9008 |
| cr | + | THE MONEY SOURCE INC., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5308417 | | AC&T, PO Box 4217, Hagerstown, MD 21741-4217 |
| 5308418 | + | Alpha Recovery Corp., 6912 S. Quentin St. Unit 10, Englewood, CO 80112-4531 |
| 5308420 | + | Chambersburg Dental, 225 Walker Road, Chambersburg, PA 17201-3503 |
| 5308423 | + | Commercial Acceptance Company, PO Box 3268, Camp Hill, PA 17011-3268 |
| 5308425 | + | Federal Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 5308426 | #+ | Hagerstown Skin & Dermatology, 1136 Opal Court, Hagerstown, MD 21740-5940 |
| 5308427 | | Harley Davidson, Dept 15129, Palatine, IL 60055-5129 |
| 5327375 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5320483 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5308431 | + | McClure Law Office, PO Box 65, Middletown, PA 17057-0065 |
| 5308434 | | Peerless Credit Services, Inc., PO Box 518, Middletown, PA 17057-0518 |
| 5308435 | + | Prothonotary, Franklin County, 157 Lincoln Way East, Chambersburg, PA 17201-2233 |
| 5308437 | + | Summit Physician Services, 785 Fifth Ave., Ste 3, Chambersburg, PA 17201-4232 |
| 5308439 | + | The Money Source, 500 S. Broad Street, Meriden, CT 06450-6755 |
| 5327734 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 5308440 | + | Weltman, Weinberg & Reis, 436 7th Ave., Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jun 10 2021 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5308442 | | EDI: CITICORP.COM | Jun 10 2021 22:48:00 | Zales, Processing Center, Des Moines, IA 50364 |
| 5308419 | | EDI: CAPITALONE.COM | Jun 10 2021 22:48:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5313599 | | EDI: CAPITALONE.COM | Jun 10 2021 22:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5319849 | | EDI: BL-BECKET.COM | Jun 10 2021 22:48:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5308422 | + | EDI: WFNNB.COM | Jun 10 2021 22:48:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 5308424 | | EDI: DISCOVER.COM | Jun 10 2021 22:48:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 5311136 | | EDI: DISCOVER.COM | Jun 10 2021 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5308421 | | EDI: JPMORGANCHASE | Jun 10 2021 22:48:00 | Chase, PO Box 15298, Wilmington, DE 19850 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5308428 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 10 2021 18:56:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 5308429 | | Email/Text: support@ljross.com | Jun 10 2021 18:56:00 | LJ Ross, PO Box 6099, Jackson, MI 49204-6099 |
| 5310823 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2021 19:05:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5308430 | + | EDI: RMSC.COM | Jun 10 2021 22:48:00 | Lowe's, PO Box 103104, Roswell, GA 30076-9104 |
| 5308432 | | Email/Text: unger@members1st.org | Jun 10 2021 18:57:00 | Members First, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5308433 | | Email/Text: paparalegals@pandf.us | Jun 10 2021 18:57:00 | Patenaude & Felix, A.P.C., 213 E. Main Street, Carnegie, PA 15106 |
| 5321931 | | EDI: PRA.COM | Jun 10 2021 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5308436 | + | Email/Text: bankruptcynotices@psecu.com | Jun 10 2021 18:57:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5309264 | + | EDI: RMSC.COM | Jun 10 2021 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5308438 | | EDI: RMSC.COM | Jun 10 2021 22:48:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 5308441 | | Email/Text: bankruptcy@firstenergycorp.com | Jun 10 2021 18:56:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 5313877 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 10 2021 18:56:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5327444 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5388925 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | |
|---|---|
| Aaron John Neuharth | on behalf of Debtor 1 Christina R. Thomas aneuharth@neuharthlaw.com smartin@neuharthlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christina R. Thomas,                 Chapter     13

**Debtor 1**

                                    Case No.     1:20−bk−00821−HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: June 10, 2021                                     By the Court,

                                                               Honorable Henry W. Van Eck
                                                               Chief Bankruptcy Judge
                                                               By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)